UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CULLEN M. HANKERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS et al.<br><br>    Defendants. | CASE NO. C13-5182 BHS-JRC<br><br>ORDER STAYING THE ACTION AND SETTING A BRIEFING SCHEDULE FOR PENDING MOTIONS |

  The District Court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

  This case is becoming unnecessarily complex because of the timing and number of motions being filed. Plaintiff currently has eight motions pending (ECF No, 11, 12, 13, 14, 15, 16, 22, and 23). Plaintiff has not waited for any ruling from the Court on pending motions and the motions are becoming interconnected. In some instances, motions requesting the same relief now have conflicting noting dates.

1    The Court orders that this action is STAYED. Except as set forth below, no further

2 documents will be filed, except as noted below, until all pending motions have been addressed.

3 Failure to follow this order may result in sanctions including the striking of motions, monetary

4 penalties, or the dismissal of this action.

5    The Court will address the removal of this action first. The Court, in addressing this issue

6 first will cover three pending motions (ECF No. 11, 12, and 16). The Court will consider this

7 issue on April 12, 2013 and no further briefing is needed.  Plaintiff's request for oral argument

8 on this matter (ECF No. 17), is DENIED.

9    The Court will next address the motion to recuse defense counsel from this action (ECF

10 15). This motion will be considered on April 19, 2013). Plaintiff may file a reply to defendants'

11 response on or before April 16, 2013 (ECF No. 21). The reply will be limited to arguments raised

12 in the response and will be no more than five pages in length.

13    The Court will consider plaintiff's motion for injunctive relief on April 26, 2013, (ECF

14 No. 23). Defendants may file a response as allowed by the Local Rules on or before April 12,

15 2013. Any reply plaintiff wishes to file must be in Court on or before April 23, 2013. The reply

16 will be limited to arguments raised by defendants in the response and the reply is limited to ten

17 pages.

18    The Court will consider the motion to add a defendant on May 3, 2013. This will address

19 (ECF No. 13 and 14). Defendants have filed a response (ECF No. 25). Plaintiff may file a reply

20 of not more than ten pages on or before April 30, 2013. The reply will only address arguments

21 raised by defendants in the response.

22

23

24

ORDER STAYING THE ACTION AND SETTING
A BRIEFING SCHEDULE FOR PENDING
MOTIONS - 2

1  The Court re-notes plaintiff's motion for summary judgment (ECF No. 22) for May 24,
2  2013. Defendants may submit a response as allowed by the Local Rules on or before May, 17,
3  2013. Plaintiff may file a reply as allowed by the Local Rules on or before May 21, 2013.
4  Dated this 29th day of March, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER STAYING THE ACTION AND SETTING
A BRIEFING SCHEDULE FOR PENDING
MOTIONS - 3